UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20352-CR-LENARD

**UNITED STATES OF AMERICA,**

**v.**

**ODLAYS ABREU,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION ON PRELIMINARY ORDER OF FORFEITURE (D.E. 161)

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge Lauren F. Louis issued March 4, 2021, ("Report," D.E. 161), recommending that the Court grant the United States' Motion for Preliminary Order of Forfeiture, ("Motion," D.E. 156). Judge Louis held a telephonic hearing on the Motion at which Defendant appeared with the assistance of an interpreter. (Report at 2.) According to the Report, "Ms. Abreu has not opposed the Motion for entry of a preliminary order of forfeiture, and she stated at the hearing that she has no intention to do so." (Id.) The Report provides the Parties fourteen days to file objections. (Id. at 3.) As of the date of this Order, no objections have been filed. Failure to file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Accordingly, upon review of the Report and the record, it is **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge issued on March 4, 2021 (D.E. 161) is **ADOPTED**; and

2. The Court will separately enter an Order granting the United States' Motion for Preliminary Order of Forfeiture (D.E. 156) and issuing a Preliminary Order of Forfeiture.

**DONE AND ORDERED** in Chambers at Miami, Florida this 19th day of March, 2021.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**

Copies to:   Marx P. Calderón, Assistant U.S. Attorney (2 certified copies)

Defendant Odalys Abreu
13916 SW 177 Street
Miami, FL 33177